CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 003780
**DURHAM JONES & PINEGAR, P.C.**
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135
Phone: 702.870.6060
Fax: 702.870.6090
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL, LLC, | Case No.:  2:07-CV-01349-JCM-LRL |
| Plaintiff, | |
| *vs.* | |
| MITCHELL STEIN aka MITCHELL JAY STEIN, | **ORDER RE: JUDGMENT RENEWAL** |
| Defendant. | |

This Court having considered Plaintiff MGM GRAND HOTEL, LLC's Affidavit of Renewal of Judgment (Doc 42), and good cause otherwise appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Amended Judgment (Doc 40) in favor of Plaintiff MGM GRAND HOTEL, LLC and against the Defendant, MITCHELL STEIN aka MITCHELL JAY STEIN, is hereby renewed and extended for six years from October 2, 2014 (the date Plaintiff filed its Affidavit of Renewal of Judgment).

DATED October 8, 2014.

_____
United States District Court Judge

Respectfully submitted by:
**DURHAM JONES & PINEGAR, P.C.**

By: */s/ Craig S. Newman, Esq.*
CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 003780
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

LV_280461.1

1